ADRIENNE C. PUBLICOVER (SBN 161432)
SEAN P. NALTY (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
LONG TERM DISABILITY INSURANCE
PLAN FOR THE TRANSPORT WORKERS
UNION OF AMERICA, AFL-CIO,
EMPLOYEES OF AMERICAN AIRLINES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HOLUM,<br><br>          Plaintiff,<br><br>    v.<br><br>LONG TERM DISABILITY INSURANCE PLAN FOR THE TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO, EMPLOYEES OF AMERICAN AIRLINES,<br><br>          Defendants. | Case No.:    CV07-05180 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br>[Local Rule 6-1]<br><br>Honorable Marilyn H. Patel<br><br>Filing Date    :    October 9, 2007 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between the parties to this action, through their attorneys of record, that the defendants herein and each of them shall have an extension until, and including, January 14, 2008 to answer or otherwise respond to plaintiff Bradley Holum's Complaint filed in this action.

---

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
USDC NDCA Case #CV07-05180 MHP
316659.1

1  This extension will not alter the date of any event or any deadline already fixed by Court
2  order.
3
4  Date: December 13, 2007

   WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP

   By: _____
   ADRIENNE C. PUBLICOVER
   SEAN P. NALTY
   Attorneys for Defendant
   LONG TERM DISABILITY INSURANCE
   PLAN FOR THE TRANSPORT WORKERS
   UNION OF AMERICA, AFL-CIO,
   EMPLOYEES OF AMERICAN AIRLINES

11  Date: December 14, 2007

   THE ERISA LAW GROUP

   By: _____
   THORNTON DAVIDSON
   Attorneys for Plaintiff
   BRADLEY HOLUM

## ORDER

IT IS SO ORDERED.

Date:_____  By:_____
   HONORABLE MARILYN H. PATEL
   UNITED STATES DISTRICT JUDGE

---

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
USDC NDCA Case #CV07-05180 MHP
316659.1

Case 5:07-cv-05809-JF   Document 3   Filed 01/08/2008   Page 3 of 3

# CERTIFICATE OF SERVICE

*Holum v. Long Term Disability Insurance Plan for the Transport Workers Union of America, et al.*
*USDC NDCA Case #CV07-05180 MHP*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→     : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Thornton Davidson, Esq.
The ERISA Law Group
2055 San Joaquin Street
Fresno, CA 93721-2717
Tel:    (559) 256-9800
Fax:    (559) 256-9795

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **December 14, 2007**, at San Francisco, California.

_____
Nancy Li

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
USDC NDCA Case #CV07-05180 MHP
316659.1