# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CONSTANCE BEECH

V.

LIFE INSURANCE COMPANY OF NORTH
AMERICA, and CONCENTRA OPERATING
CORP. LONG TERM DISABILITY PLAN

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C07 05809 JF HRL

TO: (Name and address of defendant)

LIFE INSURANCE COMPANY OF NORTH AMERICA, 900 Cottage Grove Rd., S360, Hartford, CT 06152-2360; c/o Jere Keprios, CT Corporation System (Agent for Process), 818 W. 7th St., 2nd Fl., Los Angeles, California 90017.

CONCENTRA OPERATING CORP. LONG TERM DISABILITY PLAN, 5080 Spectrum Dr. 1200 W Tower, Additson, TX 75001, c/o CSC-Lawyers Incorporating Svc (Agent), P. O. Box 526036, Sacramento 95852

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles B. Perkins, Esq. (California State Bar #126942)
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566 phone
(408) 399-6683 fax

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE **NOV 1 5 2007**

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

Case 5:07-cv-05809-JF   Document 4   Filed 01/10/2008   Page 2 of 2
LAM701598
AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/19/2007 |

| Name of SERVER | TITLE |
|---|---|
| YOLANDA CARRENO | REGISTERED CALIFORNIA PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:
LIFE INSURANCE COMPANY OF NORTH AMERICA
CT CORPORATION SYSTEM
818 W. 7TH STREET, 2ND FLR
LOS ANGELES, CA 90017
BY SERVING JESSICA SANCHEZ, AUTHORIZED AGENT FOR SERVICE OF PROCESS

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/07
Date

*Signature of Server*

5730 UPLANDER WAY, #101 CULVER CITY, CA 90230
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure