CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

Attorney for Plaintiff
CONSTANCE BEECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE BEECH, | Case No.  C07 05809 JF HRL |
| Plaintiff, | |
| vs. | STIPULATION TO PRIVATE MEDIATION AND TO CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, AND PROPOSED ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN, | Date:   March 14, 2008 Time:   10:30 a.m. Judge:  Hon. Jeremy Fogel |
| Defendants. | |

WHEREAS, this matter is scheduled for an Initial Case Management Conference on March 14, 2008 at 10:30 a.m.;

WHEREAS, the parties stipulate to a private mediation of this case at JAMS or a similar provider, with mediation to occur within 90 days of the date of this Order;

THEREFORE, to allow the mediation to occur before the Initial Case Management Conference, the parties stipulate and request that the Initial Case Management Conference be

//

//

1    continued from March 14, 2008 to June 13, 2008, or thereafter.

2        IT IS SO STIPULATED:

3    DATE: March 7, 2008                           FLYNN, ROSE & PERKINS

4                                                  By ⟨signature⟩

5                                                  CHARLES B. PERKINS
                                                   Attorney for Plaintiff
6                                                  CONSTANCE BEECH

7

8    DATE: March 7, 2008                           WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER, LLP
9

10                                                 By ⟨signature⟩

11                                                 SEAN P. NALTY
                                                   Attorney for Defendant
12                                                 LIFE INSURANCE COMPANY of
                                                   NORTH AMERICA
13

14                               **ORDER**

15       Based on the Stipulation of the parties, and good cause appearing, it is hereby ordered

16   that this case is referred to private mediation, with the mediation to be held within 90 days of

17   the date of this Order.  It is further ordered that the Initial Case Management Conference,

18   currently scheduled for March 14, 2008, is hereby continued to _____.  The

19

20   parties shall file a Case Management Conference Statement 7 days prior to the scheduled Case

21   Management Conference.

22       IT IS SO ORDERED.

23

24       DATE: _____          _____

25                                   THE HONORABLE JEREMY FOGEL
                                     U.S. District Court Judge
26

27

28