|  |  |
|---|---|
| CHARLES B. PERKINS #126942<br>FLYNN, ROSE & PERKINS<br>59 North Santa Cruz Avenue, Suite Q<br>Los Gatos, California 95030<br>(408) 399-4566<br>Email: cbperk@earthlink.net | **E-filed 3/14/08** |

Attorney for Plaintiff
CONSTANCE BEECH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE BEECH,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY<br>OF NORTH AMERICA, and<br>CONCENTRA OPERATING<br>CORPORATION LONG TERM<br>DISABILITY PLAN,<br><br>    Defendants. | Case No. C07 05809 JF HRL<br><br>STIPULATION TO PRIVATE MEDIATION<br>AND TO CONTINUANCE OF INITIAL CASE<br>MANAGEMENT CONFERENCE, AND<br>PROPOSED ORDER<br><br>Date: March 14, 2008<br>Time: 10:30 a.m.<br>Judge: Hon. Jeremy Fogel |

WHEREAS, this matter is scheduled for an Initial Case Management Conference on March 14, 2008 at 10:30 a.m.;

WHEREAS, the parties stipulate to a private mediation of this case at JAMS or a similar provider, with mediation to occur within 90 days of the date of this Order;

THEREFORE, to allow the mediation to occur before the Initial Case Management Conference, the parties stipulate and request that the Initial Case Management Conference be

//

//

continued from March 14, 2008 to June 13, 2008, or thereafter.

IT IS SO STIPULATED:

DATE: March 7, 2008

FLYNN, ROSE & PERKINS

By /s/ Charles B. Perkins
CHARLES B. PERKINS
Attorney for Plaintiff
CONSTANCE BEECH

DATE: March 7, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By /s/ Sean P Nalty
SEAN P. NALTY
Attorney for Defendant
LIFE INSURANCE COMPANY of
NORTH AMERICA

## ORDER

Based on the Stipulation of the parties, and good cause appearing, it is hereby ordered that this case is referred to private mediation, with the mediation to be held within 90 days of the date of this Order. It is further ordered that the Initial Case Management Conference, currently scheduled for March 14, 2008, is hereby continued to 6/13/08. The parties shall file a Case Management Conference Statement 7 days prior to the scheduled Case Management Conference.

IT IS SO ORDERED.

DATE: 3/14/08

THE HONORABLE JEREMY FOGEL
U.S. District Court Judge