1 | ADRIENNE C. PUBLICOVER  (SBN 161432)
SEAN P. NALTY (SBN 121253)
2 | WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
San Francisco, CA  94105
4 | Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370
5 |
ATTORNEYS FOR DEFENDANTS LIFE INSURANCE COMPANY OF
6 | NORTH AMERICA AND CONCENTRA OPERATING CORPORATION
LONG TERM DISABILITY PLAN
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 |

12 | CONSTANCE BEECH,                          ) Case No.:      CV07-05809 JF
                                               )
13 |          Plaintiff,                        ) **STIPULATION AND [PROPOSED]**
                                               ) **ORDER OF THE PARTIES RE:**
14 |     v.                                     ) **CONTINUANCE OF THE CASE**
                                               ) **MANAGEMENT CONFERENCE**
15 | LIFE INSURANCE COMPANY OF NORTH            )
AMERICA, and CONCENTRA OPERATING               ) Date: June 13, 2008
16 | CORPORATION LONG TERM DISABILITY           ) Time: 10:30 a.m.
PLAN,                                          )
17 |                                            ) Courtroom: 3
          Defendants.                          ) Honorable Jeremy Fogel
18 |                                            )
_____   ) Filing Date: November 15, 2007
19 |

20 |      Plaintiff, CONSTANCE BEECH, through her counsel of record in this matter, Charles

21 | Perkins, Flynn, Rose & Perkins, and defendants LIFE INSURANCE COMPANY OF NORTH

22 | AMERICA and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY

23 | PLAN, through their counsel of record Sean Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker,

24 | LLP, hereby enter into the following stipulation:

25 |      The parties continue to diligently work to try to resolve this matter informally.  Plaintiff has

26 | made a settlement demand and defendants currently are evaluating the demand to formulate a

27 | response.  Within the next week, the parties will also schedule a mediation in the event that the

28 |

1

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: CONTINUANCE OF THE CASE
MANAGEMENT CONFERENCE**
USDC NDCA Case #CV07-05809 JF
356970.1

1  parties are unsuccessful in resolving this matter informally.

2      It is very important to the success of the ongoing settlement discussions that this matter be

3  handled on a cost-effective basis. Accordingly, the parties request a continuance of the June 13,

4  2008 Case Management Conference in this matter for another sixty days so the parties can exhaust

5  all settlement discussions. The parties will not request a further continuance of the Case

6  Management Conference in this matter.

7      Accordingly, the parties, through their counsel of record, hereby stipulate that the June 13,

8  2008 Case Management Conference in this matter can be continued an additional sixty days to a

9  date convenient on the court's calendar.

10 Date: June 6, 2008        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

11

12             By: _____

13                 ADRIENNE C. PUBLICOVER
                   SEAN P. NALTY
14                 Attorneys for defendants
                   LIFE INSURANCE COMPANY OF NORTH AMERICA
15                 AND CONCENTRA OPERATING CORPORATION  LONG
                   TERM DISABILITY PLAN

16

17 Date: June 6, 2008        FLYNN, ROSE & PERKINS

18

19             By: _____

20                 CHARLES B. PERKINS
                   Attorneys for Plaintiff
                   CONSTANCE BEECH

21

                          **ORDER**

22      Based on the stipulation of the parties, and good cause appearing therefore, the Case

23 Management Conference in this matter currently set for June 13, 2008 at 10:30 a.m. is continued

24 sixty days to _____ at 10:30 a.m.

25

26 Dated: _____

27                 HONORABLE JEREMY FOGEL
                   JUDGE OF THE SUPERIOR COURT

28

                          2

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES
RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→      : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

       : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

       : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

       : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Charles B. Perkins, Esq.
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Tel:    (408) 399-4566
Fax:    (408) 399-6683

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **June 6, 2008**, at San Francisco, California.

_____
Nancy Li

STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: CONTINUANCE OF THE CASE
MANAGEMENT CONFERENCE

USDC NDCA Case #CV07-05809 JF
356970.1