ADRIENNE C. PUBLICOVER (SBN 161432)
SEAN P. NALTY (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

ATTORNEYS FOR DEFENDANTS LIFE INSURANCE COMPANY OF NORTH AMERICA AND CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CONSTANCE BEECH,<br><br>    Plaintiff,<br><br>    v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.:   CV07-05809 JF<br><br>**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**<br><br>Date: June 13, 2008<br>Time: 10:30 a.m.<br><br>Courtroom: 3<br>Honorable Jeremy Fogel<br><br>Filing Date: November 15, 2007 |

Plaintiff, CONSTANCE BEECH, through her counsel of record in this matter, Charles Perkins, Flynn, Rose & Perkins, and defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN, through their counsel of record Sean Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby enter into the following stipulation:

The parties continue to diligently work to try to resolve this matter informally. Plaintiff has made a settlement demand and defendants currently are evaluating the demand to formulate a response. Within the next week, the parties will also schedule a mediation in the event that the

1

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**
USDC NDCA Case #CV07-05809 JF
356970.1

1 | parties are unsuccessful in resolving this matter informally.

2 | It is very important to the success of the ongoing settlement discussions that this matter be
3 | handled on a cost-effective basis. Accordingly, the parties request a continuance of the June 13,
4 | 2008 Case Management Conference in this matter for another sixty days so the parties can exhaust
5 | all settlement discussions. The parties will not request a further continuance of the Case
6 | Management Conference in this matter.

7 | Accordingly, the parties, through their counsel of record, hereby stipulate that the June 13,
8 | 2008 Case Management Conference in this matter can be continued an additional sixty days to a
9 | date convenient on the court's calendar.

10 | Date: June 6, 2008          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

12 | By: _____Sean P Nalty_____
13 | ADRIENNE C. PUBLICOVER
     SEAN P. NALTY
14 | Attorneys for defendants
     LIFE INSURANCE COMPANY OF NORTH AMERICA
15 | AND CONCENTRA OPERATING CORPORATION LONG
     TERM DISABILITY PLAN

17 | Date: June 6, 2008          FLYNN, ROSE & PERKINS

19 | By: _____Charles B Perkins_____
     CHARLES B. PERKINS
20 | Attorneys for Plaintiff
     CONSTANCE BEECH

21 | **ORDER**

22 | Based on the stipulation of the parties, and good cause appearing therefore, the Case
23 | Management Conference in this matter currently set for June 13, 2008 at 10:30 a.m. is continued
24 | sixty days to _August 29, 2008_ at 10:30 a.m.

26 | Dated: _6/12/08_
           _____[signature]_____
27 |      HONORABLE JEREMY FOGEL
          JUDGE OF THE SUPERIOR COURT

28 |

2

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER OF THE PARTIES**
**RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→    : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Charles B. Perkins, Esq.
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, CA 95030
Tel:    (408) 399-4566
Fax:    (408) 399-6683

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **June 6, 2008**, at San Francisco, California.

_____
Nancy Li