|   |   |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
|   | WILSON, ELSER, MOSKOWITZ, |
| 2 |    EDELMAN & DICKER LLP |
|   | 525 Market Street, 17th Floor |
| 3 | San Francisco, California 94105 |
|   | Tel:   (415) 433-0990 |
| 4 | Fax:  (415) 434-1370 |

Attorney for Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA AND CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| CONSTANCE BEECH, | ) CASE NO.: CV07-05809 JF |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) Honorable Jeremy Fogel |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN, | ) Filing Date: November 15, 2007 |
| Defendants. | ) |

TO THE COURT AND TO ALL PARTIES IN THIS ACTION:

PLEASE BE ADVISED that plaintiff Constance Beech and defendants Life Insurance Company of North America and Concentra Operating Corporation Long Term Disability Plan have reached a settlement of this matter. The parties anticipate that a stipulation of dismissal with prejudice of this matter will be filed within the next 30 days. The case management conference in this matter, currently set for August 29, 2008 at 10:30 a.m., can be taken off calendar.

Date: August 18, 2008

Respectfully submitted,
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
Sean P. Nalty
Attorney for Defendants
LIFE INSURANCE COMPANY OF NORTH AMERICA and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN

---

1
NOTICE OF SETTLEMENT

370792.1                                                    USDC # CV07-05809 JF