1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566
   Email: cbperk@earthlink.net
4
   Attorney for Plaintiff
5  CONSTANCE BEECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONSTANCE BEECH, | ) | Case No. C07 05809 JF HRL |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND REQUEST FOR DISMISSAL and (PROPOSED) ORDER |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN, | ) | |
| Defendants. | ) | |

The parties by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED

DATE: September 9, 2008                FLYNN, ROSE & PERKINS

                                       By    /s/   Charles B. Perkins
                                       CHARLES B. PERKINS
                                       Attorney for Plaintiff

| | |
|---|---|
| DATE: <u>September 9, 2008</u> | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP |
| | By_____<br>SEAN NALTY<br>Attorney for Defendant |

### ORDER

In light of the party's stipulation, this action is hereby dismissed in its entirety, with prejudice, as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

DATE: September___, 2008

_____
Honorable Jeremy Fogel
United States District Judge