CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566
Email: cbperk@earthlink.net

**E-Filed 9/11/08**

Attorney for Plaintiff
CONSTANCE BEECH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE BEECH,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, and CONCENTRA OPERATING CORPORATION LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. C07 05809 JF HRL<br><br>STIPULATION AND REQUEST FOR DISMISSAL and ~~(PROPOSED)~~ ORDER |

The parties by and through their respective counsel of record, hereby stipulate to and request an order of dismissal, with prejudice, of this action in its entirety as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED

DATE: <u>September 9, 2008</u>        FLYNN, ROSE & PERKINS

                                                 By  <u>/s/  Charles B. Perkins</u>
                                                 CHARLES B. PERKINS
                                                 Attorney for Plaintiff

DATE: September 9, 2008                                WILSON, ELSER, MOSKOWITZ,
                                                       EDELMAN & DICKER, LLP


                                                       By_____
                                                       SEAN NALTY
                                                       Attorney for Defendant

ORDER

In light of the party's stipulation, this action is hereby dismissed in its entirety, with prejudice, as to all Defendants, claims, and causes of action, each party to bear its own attorney's fees and costs.

DATE:  September 11, 2008                              _____
                                                       Honorable Jeremy Fogel
                                                       United States District Judge